# United States District Court
## *Southern District of Georgia*

JAMES MICHAEL WALLACE,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

        **V.**

CASE NUMBER: CV 418-107

AMERICA SECOND HARVEST BOARD OF
DIRECTORS, et al.,

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

pursuant to the Order dated August 8, 2018 adopting the Magistrate Judge's Report and

Recommendation, to which no objections have been filed, that this case is dismissed with prejudice.

This case stands closed.

08/08/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*